IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 29 AM 8: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 04-20451-D |
| QUINCY LIGON ) | |
| Defendant. ) | |

## ORDER TO SURRENDER

The defendant, Quincy Ligon, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Forrest City, 1400 Dale Bumpers Rd., P.O. Box 7000, Forrest City, Arkansas 72335** by **2:00 p.m.** on **MONDAY, DECEMBER 19, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 28 day of November, 2005.

*Bernice B. Donald*
**BERNICE B. DONALD**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-29-05



## **ACKNOWLEDGEMENT**

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed:** _____
                            Defendant

**Date:** _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20451 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT